```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

LIZZIE R. WILSON,

       Plaintiff,

v.                         Case No.  8:16-cv-1998-T-33AEP

JIM BOXOLD, Secretary of Florida
Department of Transportation,

       Defendant.
                              /

**ORDER**

      This matter is before the Court sua sponte. Pro se Plaintiff Lizzie R. Wilson filed this action against Defendant Jim Boxold, in his capacity as Secretary of the Florida Department of Transportation, on July 12, 2016. (Doc. # 1). The Court now takes this opportunity to explain to Wilson the requirements for effecting service on Defendant.

      In every civil case, "a summons must be served with a copy of the complaint." Fed. R. Civ. P. 4(c)(1). The methods for serving an individual within a judicial district of the United States are detailed in Rule 4(e). Additionally, "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). The deadline for Wilson to accomplish service is **October 10, 2016,** which is 90 days from the date she filed

the Complaint. See Fed. R. Civ. P. 4(m).

Additionally, the Court directs Wilson to provide a status as to the efforts she has taken to effect service on Defendant on or before September 6, 2016. Once service on Defendant has been completed, Wilson is required to file the proof of service with the Court in accordance with Rule 4(l), Fed. R. Civ. P.

If Wilson is interested in maintaining the present action, she must become familiar with the Federal Rules of Civil Procedure, along with the Local Rules of the Middle District of Florida.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff is instructed to comply with Rule 4, Fed. R. Civ. P., and to file a proof of service document once service upon Defendant has been accomplished.

(2) Plaintiff is directed to provide a status as to the efforts she has taken to serve Defendant on or before September 6, 2016.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of August, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE